IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MAYERLING ALBORNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:12-cv-01190 |
| v. | ) | Judge Haynes |
| | ) | |
| GCA SERVICES GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court that as evidenced by the signatures of the respective counsel for the parties appearing below, that the plaintiff, Mayerling Albornoz, and defendant, GCA Services Group, Inc., have agreed to compromise and resolve all matters in controversy in this case and therefore, this case should be dismissed with prejudice to the re-filing of the same.

It is therefore ORDERED that defendant, GCA Services Group, Inc., be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the re-filing of same as to defendant, GCA Services Group, Inc. Each party shall bear their own discretionary costs and attorney's fees.

BE IT SO ENTERED this 2nd day of January 2013/2014.

_____
HONORABLE WILLIAM J. HAYNES, JR.
CHIEF UNITED STATES DISTRICT JUDGE